

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2015

No. 04-15-00066-CV

**CONOCOPHILLIPS COMPANY**,
Appellant

v.

**VAQUILLAS UNPROVEN MINERALS, LTD**.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVQ000438-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on April 9, 2015. Because this is an accelerated appeal, no further extensions of time will be granted absent extenuating circumstances.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court